Christian J. Younger, Bar No.: 222983
James D Pitner, Bar No.:258339
**FRIEND YOUNGER, PC**
1100 14th Street, Suite A
Modesto, CA  95354
(209) 238-0946 Telephone
(209) 238-0952 Fax

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA –MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>VICTOR LAWRENCE VIERRA &<br><br>ANNE MARIE VIERRA,<br><br>Debtors. | Case No: 13-90736-D-13G<br>DC No: CJY-1<br><br>Chapter 13<br><br>Date:  February 11, 2014<br>Time: 10:00 a.m.<br>Place: 1200 I Street, Suite 4, Modesto, CA |

### DECLARATION OF VICTOR LAWRENCE VIERRA IN SUPPORT OF OBJECTION TO CLAIM #2-1 OF WELLS FARGO FINANCIAL CALIFORNIA, INC.

I, Victor Lawrence Vierra, hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts set forth below, and if called upon as a witness, I could and would testify competently thereto.

2. We filed a Chapter 13 Bankruptcy on or about April 16, 2013, with case number 13-90736-D-13G.

3. As part of filing the Chapter 13 my Attorney's office submitted a Class 1 Check List to the Trustee's office regarding our on going monthly mortgage payments to Wells Fargo.  After several months of phone calls to Wells Fargo, the Trustee's office verified that the monthly mortgage payment is $1,555.36 per month including property taxes and insurance.  A true and correct copy of the Class 1 Check List with corrections provided by the Chapter 13 Trustee is filed concurrently herewith in the List of Exhibits as Exhibit "A".

1

4. Wells Fargo Financial California, Inc. sent us a Hazard Insurance notice dated July 31, 2013.  The notice states that Wells Fargo was adding $84.72 per month to our monthly mortgage payment.  Said notice states that our total mortgage payment would then be $1,508.27 per month.   A true and correct copy of the hazard insurance notice is filed concurrently herewith in the List of Exhibits as Exhibit "B".

5. After receiving Wells Fargo's insurance notice we obtained insurance on our house and provided proof to Wells Fargo on September 30, 2013.  Wells Fargo sent us a letter dated October 3, 2013, acknowledging receipt of the insurance.  True and correct copies of our proof of insurance and Wells Fargo's acknowledgment of the insurance are filed concurrently herewith in the List of Exhibits as Exhibits "C" and "D", respectively.

6. I and my attorney's office have called Wells Fargo several times requesting that they file a Notice of Mortgage Payment Change in our Chapter 13 proceeding, however, Wells Fargo has refused to cooperate thus far.

7. The inaction of Wells Fargo is causing us harm as the Trustee cannot pay the correct ongoing payment of $1,470.64 until Wells Fargo files a notice of payment change unless otherwise ordered by the Court.

8. Based on the above statements, we are asking the Court to direct the Trustee to pay Wells Fargo an on going monthly mortgage payment of $1,470.64 per month commencing with the November 2013 mortgage payment.

I declare under penalty of perjury that the foregoing is true and correct as of this _____ day of December 2013 in Ceres, California.

Dated:  12-13-13                                              /s/ Victor Lawrence Vierra
                                                                              Victor Lawrence Vierra, Declarant